**Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00997-CV

---

### MICHAEL SCROGGINS D/B/A 2 WHEEL CITY, Appellant

### V.

### CTC FINANCIAL, LLC, Appellee

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1132938**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 18, 2019. The clerk's record was filed February 14, 2020. No reporter's record was filed. No brief was filed.

On March 26, 2020, this court issued an order stating that unless appellant filed a brief on or before April 27, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.